UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN PARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>O. ONYEJE (M.D.); et al.,<br><br>    Defendants.<br>_____/ | No. C-11-2743 EMC (pr)<br><br>**ORDER OF TRANSFER** |

    Steven Dean Parks filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred during his incarceration at the California Substance Abuse Treatment Facility in Corcoran, California in 2010. Corcoran is in Kings County, within the venue of the Eastern District of California. The defendants are employed at that prison and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: June 15, 2011

                                                                         EDWARD M. CHEN
                                                                         United States District Judge